# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2014

Robert P. Young, Jr.,
Chief Justice

149450 & (21)(26)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                        SC: 149450
                                        COA: 317797
                                        St Clair CC: 95-001361-FC

LAWRENCE EUGENE DELL,
        Defendant-Appellant.

_____/

      On order of the Court, the motion to add issue is GRANTED. The application for leave to appeal the March 24, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for the appointment of counsel is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2014



Clerk

h1028